AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

BRIAN PFAIL

Plaintiff(s)

v.   Civil Action No. CV-16-3832 (LDW)(SIL)

VILLAGE OF GARDEN CITY, GARDEN CITY POLICE DEPARTMENT, POLICE OFFICER KEVIN REILLY, in his individual and official capacity SERGEANT TOM MAUREN, in his individual and official capacity, and JOHN DOES 1-10 in their individual and official capacities,

Defendants.

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Village of Garden City, 351 Stewart Ave., Garden City, N.Y. 11530
Garden City Police Department, 349 Stewart Ave., Garden City, N.Y. 11530
P.O. Kevin Reilly, Garden City Police Dept., 349 Stewart Ave., Garden City, N.Y 11530
Sgt. Tom Mauren, Garden City Police Dept. 349 Stewart Ave., Garden City, NY 11530
John Does 1-10, Garden City Police Dept., 349 Stewart Ave., Garden City, NY 11530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LAW OFFICES OF
FREDERICK K. BREWINGTON
556 Peninsula Boulevard
Hempstead, New York 11550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 08/11/2016

S/ Linda Anne Fagan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: