PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT
MICHAEL P. SIRAVO

OF COUNSEL

THOMAS V. PANTELIS
EDWARD P. RA
ROBERT G. LIPP †
ROBERT R. McMILLAN *(Retired)*

\* ALSO ADMITTED IN FL
\*\* ALSO ADMITTED IN NJ
† DECEASED

SENIOR ASSOCIATE

ANGELO M. BIANCO

ASSOCIATES

† BRIAN A. SUPER
\*\*STEPHEN L. MARTIR
DEANNA D. PANICO
ANDREW K. PRESTON
PETER OLIVERI, JR.
PHILIP A. BUTLER

# BEE READY FISHBEIN HATTER & DONOVAN, LLP

## BRFH&D

### ATTORNEYS-AT-LAW

August 29, 2016

United States District Court
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722

By Electronic Filing

Attn:   Clerk of Court

Re:   Brian Pfail v. Village of Garden City, et al.
      EDNY Docket No.: 16-cv-3832 (LDW)(SIL)
      Our File No.: 6821-1624

To Whom It May Concern:

This office represents Defendants, VILLAGE OF GARDEN CITY, GARDEN CITY POLICE DEPARTMENT, POLICE OFFICER KEVIN REILLY, in his individual and official capacity SERGEANT TOM MAUREN, in his individual and official capacity, and JOHN DOES 1-10 in their individual and official capacities (collectively "GARDEN CITY"), in the above-captioned action.

On August 25, our office inadvertently filed a Notice of Appearance for me in the above-referenced matter. I am not going to be one of the attorneys working on this file and accordingly, we respectfully request withdrawal of my Notice of Appearance.

Sincerely,

Deanna D. Panico
Bee Ready Fishbein Hatter & Donovan, LLP

cc:   All counsel of record (by electronic filing)