**UNITED STATES DISTRICT COURT**        **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**       **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE                 DATE: 10/7/16
        U.S. MAGISTRATE JUDGE        TIME:   10:00 am

CASE: **CV 16-3832 (LDW) Pfail v. Village of Garden City et al**

TYPE OF CONFERENCE:  INITIAL        FTR: 10:02-10:07

APPEARANCES:
    For Plaintiff:   Frederick Brewington

    For Defendant:  Andrew Preston

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:  Conference held. Initial conference adjourned to 1/30/2017.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    1/30/17 at 10:00 am           : Initial conference

                                 SO ORDERED

                                /s/Steven I. Locke
                               STEVEN I. LOCKE
                               United States Magistrate Judge