# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*

556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958  www.brewingtonlaw.com

**Frederick K. Brewington**
**Ira Fogelgaren**
**Cathryn Harris Marchesi**

February 7, 2017

*VIA ELECTRONIC CASE FILING*
Honorable Steven I. Locke
United States District Court Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:   *Pfail v. Village of Garden, et.al.*
            *Docket No.: CV-16-3832 (LDW)(SIL)*

Dear Judge Locke:

    As your records will reflect, we are the attorneys representing the Plaintiff in the above referenced matter. Pursuant to the Court's Order of January 30, 2017, the parties have conferred regarding their availability to participate in an *Initial Conference* on or before March 17, 2017. We respectfully wish to inform the Court that the parties are available on March 10, 2017 and March 17, 2017.

    While defense counsel Andrew Preston, Esq., is available on March 9th, 10th, 13th, 14th 15th and 16th, I remain engaged in the matter *Young v. Town of Islip, et.al.,* Docket No.: CV-13-4713, before the Honorable Arthur D. Spatt. Since Judge Spatt does not sit on Fridays, I am only available on March 10th and March 17th.

    We thank the Court for its kind consideration.

                                             Respectfully submitted,

                                             /S/ Frederick K. Brewington
                                             FREDERICK K. BREWINGTON

cc:    Andrew Preston, Esq. (via ecf)
FKB:pl