| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>U.S. MAGISTRATE JUDGE | DATE: 4/21/17<br>TIME: 10:00 am |

CASE:  **CV 16-3832 (LDW) Pfail v. Village of Garden City et al**

TYPE OF CONFERENCE: INITIAL          FTR: 10:22-10:28

APPEARANCES:
  For Plaintiff:  Cathryn Harris-Marchesi

  For Defendant: Deanna Panico

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒  Other:  Conference held. The initial conference has been adjourned to July 18, 2017 at 10:30 am.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    7/18/17 at 10:30 am               : Initial conference


                    SO ORDERED

                    /s/Steven I. Locke
                    STEVEN I. LOCKE
                    United States Magistrate Judge