| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |„

UNITED STATES DISTRICT COURT            CIVIL CONFERENCE
EASTERN DISTRICT OF NEW YORK           MINUTE ORDER

BEFORE: STEVEN I. LOCKE                        DATE: 7/18/17
           U.S. MAGISTRATE JUDGE                TIME: 10:00 am

CASE: **CV 16-3832(LDW) Pfail v. Garden City et al**

TYPE OF CONFERENCE: INITIAL                  FTR: 10:40-10:46

APPEARANCES:
         For Plaintiff: Oliver Roche

         For Defendant: Andrew Preston

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other: Plaintiff's oral motion to continue the stay of this matter is granted for the reasons set forth on the record.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    11/16/17 at 10:30 am           : Initial conference

                                                    SO ORDERED

                                                    /s/Steven I. Locke
                                                    STEVEN I. LOCKE
                                                    United States Magistrate Judge