

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 • www.brewingtonlaw.com

<u>Frederick K. Brewington</u>
<u>Cathryn Harris-Marchesi</u>
Tricia S. Lindsay
Julissa M. Proaño

Oscar Holt III
Of Counsel

January 10, 2019

<u>**VIA ELECTRONIC CASE FILING**</u>
Honorable Joan M. Azrack
United States District Court Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re: *Pfail v. Village of Garden, et.al.*
         Docket No.: CV-16-3832 (JMA)(SIL)

Dear Judge Azrack:

  As your records will reflect, we are the attorneys representing the Plaintiff in the above referenced matter. The parties to this and the other action filed by Mr. Pfail just finished a telephone conference with Your Honor. At the conclusion of that phone conference there appeared to be an issue which was unresolved dealing with the Village Defendants' objection to the reinstating the matter to the active case calendar. We write to respectfully request that we be allowed to submit a two page letter to address relevant issues that we believe will be helpful to the Court in its determination. If allowed, we would only require two business days to file that submission. Thank you.

           Respectfully submitted,

           *Frederick K. Brewington*
           FREDERICK K. BREWINGTON

cc: Andrew Preston, Esq. by ECF
FKB:pl