PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT

OF COUNSEL

EDWARD P. RA
ROBERT G. LIPP †
ROBERT R. McMILLAN *(Retired)*

\* ALSO ADMITTED IN FL
\*\* ALSO ADMITTED IN NJ
† DECEASED

**BEE READY FISHBEIN HATTER & DONOVAN, LLP**

# BRFH&D

ATTORNEYS-AT-LAW

SENIOR ASSOCIATES

\*\*STEPHEN L. MARTIR
\*\*ANDREW K. PRESTON
DEANNA D. PANICO

ASSOCIATES

† BRIAN A. SUPER
PETER OLIVERI, JR.
RHODA Y. ANDORS
JASON S. GREENFIELD
THEODORE GORALSKI
MORGAN A. CLINE

November 6, 2020

**Via Electronic Case Filing**

Honorable Steven M. Gold
U.S. Magistrate Judge United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4438

  Re: *Brian Pfail v. Village of Garden City, et al*
     *USDC EDNY Docket No.: 16-CV-3832 (RRM) (SMG)*

Dear Magistrate Judge Gold:

  As you are aware, we are the attorneys representing Defendants in the above-referenced matter. We wish to inform the Court that Michael P. Siravo is no longer an attorney employed by our firm. Accordingly, we respectfully request that his name be removed as an attorney for this matter.

  We thank the Court for its kind consideration.

                    Respectfully submitted,

                    Andrew K. Preston

Address: 170 Old Country Road • Suite 200 • Mineola, NY 11501 • Telephone (516) 746-5599 • Fax (516) 746-1045