UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BRIAN PFAIL,

                        Plaintiff,

-against-

VILLAGE OF GARDEN CITY, GARDEN
CITY POLICE DEPARTMENT,
POLICE OFFICER KEVIN REILLY, in his
individual and official capacity
POLICE OFFICER TOM MAUREN, in his
individual and official capacity, and JOHN DOES
1-10 in their individual and official capacities,

                        Defendants.
--------------------------------------------------------------X

DOCKET NO.: CV-16-3832
(CLP)

**STIPULATION AND**
**ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: March 14, 2022

LAW OFFICES OF
FREDERICK K. BREWINGTON

By: FREDERICK K. BREWINGTON
565 Peninsula Boulevard
Hempstead, NY 11550
(516) 489-6959

BEE READY FISHBEIN HATTER
& DONOVAN, LLP

By: ANDREW PRESTON, ESQ.
170 Old Country Road, Ste. 200
Mineola, NY 11501
(516) 746-5599